**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CIT Technology Financing Services I LLC, a Delaware corporation,<br>v.<br>Capital Assurance Group, Inc., an Illinois corporation. | FILED: AUGUST 21, 2008<br>08CV4778<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, CIT Technology Financing Services I LLC

| NAME (Type or print) |
|---|
| Agata P. Karpowicz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Agata P. Karpowicz |
| FIRM |
| Mandell Menkes LLC |
| STREET ADDRESS |
| 333 W. Wacker Drive, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280323 | (312) 251-1000/(312) 759-3472 direct |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐