## United States District Court for the Northern District of Illinois

Case Number: 08CV4778    Assigned/Issued By: DAJ

Judge Name: PALLMEYER    Designated Magistrate Judge: NOLAN

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other ____
              [ ] $455.00

Number of Service Copies ____    Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3042900

Date Payment Rec'd: 08/21/08    Fiscal Clerk: DAJ

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ ____
    (Type of Writ)

1  Original and  0  copies on  08/21/08  as to  DEF.
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05