UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**CIT TECHNOLOGY FINANCING SERVICE I LLC**

PLAINTIFF(S)

Case No.
**08CV4778**

vs.

**CAPITAL ASSURANCE GROUP, INC.**

DEFENDANT(S)

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 25, 2008,** at **11:35 AM**, I served the above described documents upon **CAPITAL ASSURANCE GROUP, INC. C/O BFKPN CORPORATE SERVICES, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **SELENA HERNANDEZ / LEGAL SECRETARY**, an officer, managing agent or authorized agent of the within named company**.**

Said service was effected at **200 W MADISON ST., STE 3900, CHICAGO, IL 60606.**

**DESCRIPTION:**  Gender: **F**   Race: **HISPANIC**   Age: **32**   Hgt: **5'3"**   Wgt: **120**   Hair: **BROWN**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks**, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of August, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
**Mandell Menkes LLC***
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40742

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CIT Technology Financing Services I LLC, a
Delaware corporation,

V.

Capital Assurance Group, Inc., an Illinois
corporation.

CASE NUMBER:  08CV4778
                            JUDGE PALLMEYER
ASSIGNED JUDGE:  MAGISTRATE JUDGE NOLAN
                                  EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Capital Assurance Group, Inc.
c/o BFKPN Corporate Services, Inc.
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Agata P. Karpowicz
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-----------------------------------
**(By) DEPUTY CLERK**

**August 22, 2008**
-------------------------------------
**Date**

